## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN SIMMONS, | ) | 8:12CV365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| MATTHEW J. CONNEALY, LAW | ) | **TO PROCEED IN DISTRICT** |
| OFFICE OF CRARY & HUFF, IDA | ) | **COURT WITHOUT PREPAYING** |
| HINGST, KEITH KOEPKE, PETOY | ) | **FEES OR COSTS** |
| DOHRMAN, and WILLIAM | ) | |
| KOEPKE, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Robin Simmons, a non-prisoner, filed an Application to Proceed in District Court Without Prepaying Fees or Costs, designated on the docket sheet as a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of the plaintiff's motion, I find that Robin Simmons is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated October 16, 2012.

BY THE COURT

*Warren K. Urbom*
_____

Warren K. Urbom
United States Senior District Judge