IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN SIMMONS, | ) | 8:12CV365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MATTHEW J. CONNEALY, LAW | ) | |
| OFFICE OF CRARY & HUFF, IDA | ) | |
| HINGST, KEITH KOEPKE, PETOY | ) | |
| DOHRMAN, and WILLIAM | ) | |
| KOEPKE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On December 11, 2012, an initial review was conducted of the Complaint filed by the plaintiff, Robin Simmons ("Simmons"), and I found that the complaint failed to state a claim upon which relief may be granted. (Filing No. 6.) I gave Simmons an opportunity to amend her complaint, but warned Simmons that if she failed to amend the complaint by December 26, 2012, her claims would "be dismissed without further notice for failure to state a claim upon which relief may be granted." (*Id.* at CM/ECF p. 4.) Simmons has failed to file an amended complaint.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because the plaintiff, Robin Simmons, failed to prosecute this matter diligently and failed to comply with my orders.

2. A separate judgment will be entered in accordance with this memorandum and order.

Dated January 14, 2013.

BY THE COURT

*signature*

Warren K. Urbom
United States Senior District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.